United States District Court
Southern District of Texas
**ENTERED**
July 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALKA RAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>VS.<br><br>LAYNE CHRISTENSEN COMPANY, et al.<br><br>Defendants. | § § § § § § § § § § CIVIL ACTION NO. 4:18-CV-1056 |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal, plaintiff Malka Raul hereby voluntarily dismisses all claims without prejudice against Defendants. This action is DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**SIGNED** on this 5th day of July, 2018, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE